May 28, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

JOEL NAVARRO, Appellant

NO. 14-13-00706-CR                          V.

THE STATE OF TEXAS, Appellee

_____

This cause was heard on the transcript of the record of the court below. The record reveals error in the judgment. We order that the judgment of conviction on the Class A misdemeanor be **REVERSED** and that appellant be acquitted of that offense. We further order that the cause be **REMANDED** for a new trial on the Class B misdemeanor.

We further order this decision certified below for observance.